UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.Y.C.C., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:15 CV 1704 RWS |
| | ) |
| DOE RUN RESOURCES, CORP., et al., | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

This case involves the claims of dozens of unrelated individual plaintiffs who allege they have been injured from Defendants' lead mining, smelting, and fabrication operations in La Oroya, Peru. In addition to this case, several other cases, each containing dozens of unrelated individual plaintiffs, have been consolidated with this case for pretrial proceedings. The order consolidating the cases directs that all filings be made only in the present case, 4:15 CV 1704 RWS (the Lead Case).

All of these cases involve the same Defendants, Plaintiffs' counsel, and general allegations as the Lead Case. The individual Plaintiffs were allegedly

exposed to lead at different times and have injuries which vary with each Plaintiff. These multi-plaintiff cases do not assert sufficiently related claims to be properly joined under Federal Rules of Civil Procedure 20(a). As a result, I have ordered that the cases be severed into individual actions, one for each Plaintiff, (or for two related Plaintiffs), and randomly reassigned by the Clerk of Court before being reconsolidated with this Lead Case. See Fed. R. Civ, P, 21.

On December 6, 2024 and December 18, 2024, Defendants removed two more related cases: Mendoza v. Doe Run Resources Corp., et al., 4:24 CV 1653 RWS and Schuler v. Doe Run Resources Corp., et al., 4:24 CV 1698 RWS. Plaintiffs have filed an unopposed motion to consolidate these new cases with the present case for pretrial proceedings. I will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED that** Plaintiffs' motion to consolidate Meondoza v. Doe Run Resources Corp., et al., 4:24 CV 1653 RWS and Schuler v. Doe Run Resources Corp., et al., 4:24 CV 1698 RWS with this Lead Case for pretrial proceedings [921] is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiffs' claims in the new Schuler case shall be severed. The Clerk of Court shall open and randomly

assign a new case for each Plaintiff using the complaint filed in <u>Schuler v. Doe Run Resources Corp., et al.</u>, 4:24 CV 1698 RWS.[1]  After these cases are severed, each of the severed cases shall be consolidated with this Lead Case before me for all pretrial proceedings.  Once the cases are ready for trial, they will be returned to the docket of the District Judge or Magistrate Judge in this district to whom they were assigned before consolidation.

**IT IS FURTHER ORDERED that** all future filings shall be made only in this Lead Case and should only reference the case number of this Lead Case in the caption of the filing.

**IT IS FURTHER ORDERED that** the Clerk of Court shall file a copy of this order in the new severed cases.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of January, 2025.

---

[1] The <u>Mendoza</u> case only has one plaintiff and, as a result, there is no need to sever separate Plaintiffs' claims.

3